| | | | |
|---|---|---|---|
| Raufmann v. Toohey | 2017AP000374 | 09–19–2017 | Reversed and remanded |
| State v. Zemanovic | 2017AP000536 CR | 09–20–2017 | Affirmed |
| Dane County DHS v. N. C. | 2017AP000788 | 09–21–2017 | Affirmed |
| State v. C. L. H.† | 2017AP001278 through 2017AP001280 | 09–06–2017 | Affirmed |
| J.M.W. v. J.R.P. | 2017AP001390 | 09–20–2017 | Affirmed |

† Petition to review filed.